# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, A Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ASHRAF AMIN AKBARI, an individual, and DOES 1 through 10, inclusive<br><br>　　　　　　　Defendants. | Case No. 2:11-CV-01781-LRH-VCF<br><br>Hon. Lawrence R. Hicks<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)]** |

## STIPULATION

Plaintiff OCWEN LOAN SERVICING, LLC ("Ocwen"), by and through its counsel for record Houser & Allison, APC, and Defendant ASHRAF AMIN AKBARI, by and through her counsel Erik Fitting & Associates, Ltd., hereby stipulate to dismiss this action with prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

//

//

//

-1-

IT IS SO STIPULATED.

Dated this 2nd day of June, 2014.              Dated this 2nd day of June, 2014.

**HOUSER & ALLISON, APC**                      **ERIK FITTING & ASSOCIATES, LTD.**

 */s/ Daniel S. Ivie*                           */s/ Erik Fitting*
Daniel S. Ivie, Esq.                            Erik Fitting, Esq.
Attorneys for Plaintiff                         Attorneys for Defendant
Ocwen Loan Servicing, LLC                       Ashraf Amin Akbari

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE